ALLEGHANY COUNTY, AND          )
THROUGH ITS CHILD SUPPORT      )
ENFORCEMENT AGENCY, EX REL.    )
BARBARA ABSHER, MOTHER,        )
JESSICA BETH ABSHER,           )
MINOR CHILD                    )
                               )
            v.                 )          ORDER
                               )
V. WAYNE CAUDILL               )

No. 414P85

(Filed 19 September 1985)

UPON consideration of the defendant's petition filed in this matter for a writ of certiorari to the North Carolina Court of Appeals to review its decision dismissing the defendant's appeal, the petition is allowed for the purpose of entering the following order:

"This case is remanded to the Court of Appeals for further remand to the District Court, Alleghany County, for the purpose of a hearing upon the defendant's request for assignment of counsel and determination of whether the defendant was entitled, under *Carrington v. Townes*, 306 N.C. 333 (1982), to assigned counsel at the time of trial on 2 October 1984. By order of the Court in conference, this the 19th day of September 1985.

                    BILLINGS, J.
                    For the Court"